IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KENNETH SNYDER and SHERRY SNYDER                              PLAINTIFFS

V.                    CIVIL NO. 10-2031

MEDICREDIT, INC. d/b/a THE OUTSOURCE
GROUP a/k/a MEDICREDIT CORPORATION                            DEFENDANT

### **O R D E R**

NOW on this 21st day of January, 2011, comes on for consideration Plaintiffs' Motion to Dismiss with Prejudice.

IT APPEARING to the court that the matter has been settled, counsel for Plaintiffs having so advised the court, it is ORDERED that Plaintiffs' Motion (doc. 13) is GRANTED, and Plaintiffs' Complaint is dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

/s/ Robert T. Dawson
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**